IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

PIPEFITTERS LOCAL 533 INDIVIDUAL
ACCOUNT PLAN, and TRUSTEES OF THE
PIPEFITTERS LOCAL 533 INDIVIDUAL
ACCOUNT PLAN,

           Plaintiffs,

v.                               Case No. 4:09-cv-00792-SOW

RICHARD EVINGER, and
KELLY EVINGER,

           Defendants.

## DEFENDANTS' MOTION TO DISQUALIFY

Comes now Defendants, by and through their counsel, and move the Court to Disqualify the law firm of Blake & Uhlig, P.A. and its attorneys from further representation of Plaintiffs in this matter, for the reasons stated in Suggestions in Support of Defendants' Motion to Disqualify, filed contemporaneously.

                                          Respectfully submitted,

                                          **/s/ John J. Miller**

                                          John J. Miller, MO Bar #32215
                                          Swanson Midgley, LLC
                                          Plaza West Building
                                          4600 Madison Avenue, Suite 1100
                                          Kansas City, MO 64112-3043
                                          Phone: 816-842-6100
                                          Fax:    816-842-0013
                                          E-mail:jmiller@swansonmidgley.com

1

## Certificate of Service

        I hereby certify that on January 6, 2011 a copy of the foregoing was electronically served with the Clerk of the Court using the CM/ECF system, and upon Attorneys for Plaintiff:

Charles R. Schwartz
Scott L. Brown
Blake & Uhlig, P.A.
475 New Brotherhood Building
735 State Avenue
Kansas City, KS  66101

        /s/ John J. Miller
        _____
        Attorney for Defendants